1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANAHY MACHUCA, an individual and on behalf of all others similarly situated,

Plaintiff,

v.

CHARLEYS PHILLY STEAKS. an Ohio corporation; MODESTO VENTURES, LLC, an Ohio Limited Liability Company; SAMMY RAMIREZ, an individual; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:22-cv-00559-TLN-CKD

**ORDER GRANTING JOINT STIPULATION TO REMAND WITHOUT PREJUDICE**

[28 U.S.C. §§ 1332, 1441, & 1446]

Complaint Filed: January 18, 2022 (Superior Court of California, County of Solano, Case No. FCS057713)

**ORDER GRANTING JOINT STIPULATION TO REMAND WITHOUT PREJUDICE**

1

## <u>ORDER</u>

2    Having considered the Joint Stipulation between the Parties, and good cause

3 appearing, this Court hereby ORDERS that the Action be remanded to the Superior

4 Court of California, County of Solano, Case No. FCS057713, pursuant to the Parties'

5 stipulation.

6    This Action is remanded without prejudice to Defendants' ability to seek removal

7 in the future should facts support that the amount in controversy meets the jurisdictional

8 minimum and the matter is otherwise subject to removal and without prejudice to

9 Plaintiff opposing such removal and seeking to remand this action.

10    No party is entitled to claim attorneys' fees or costs related to the removal and

11 remand of this Action.

12   **IT IS SO ORDERED.**

13

14 DATED: April 25, 2022

Troy L. Nunley
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION TO REMAND WITHOUT PREJUDICE